IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBOTT LABORATORIES and LABORATOIRES FOURNIER S.A., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. 2:09-cv-1007 (GEB)(MCA) <br><br> R E C E I V E D <br><br> MAR 29 2011 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-entitled action by their attorneys, that:

(1) No party admits liability;

(2) Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims dismissed by this Order;

(3) The Complaint by Abbott Laboratories and Laboratoires Fournier S.A. against Lupin Limited and Lupin Pharmaceuticals, Inc. is hereby dismissed without prejudice; and

(4) The counterclaims by Lupin Limited and Lupin Pharmaceuticals, Inc. against Abbott Laboratories and Laboratoires Fournier S.A. are hereby dismissed without prejudice.

Dated: March 23, 2011                                    Respectfully submitted,

**GRAHAM CURTIN, P.A.**                                  **SAIBER LLC**

s/ Thomas R. Curtin                                      s/ Arnold B. Calmann
Thomas R. Curtin                                         Arnold B. Calmann
George C. Jones                                          Geri L. Albin
4 Headquarters Plaza                                     One Gateway Center, 10th Floor
P.O. Box 1991                                            Newark, New Jersey 07102-5311
Morristown, New Jersey 07962-1991                        (973) 622-3333
(973) 292-1700

                                                         *Attorneys for Defendants Lupin Limited and*
*Attorneys For Plaintiffs Abbott Laboratories*           *Lupin Pharmaceuticals, Inc.*
*and Laboratoires Fournier S.A.*


OF COUNSEL:                                              OF COUNSEL:

Chad J. Peterman                                         William A. Rakoczy
Jesse A. Devine                                          Paul J. Molino
**PATTERSON BELKNAP WEBB & TYLER**                       Deanne M. Mazzochi
**LLP**                                                  **RAKOCZY MOLINO MAZZOCHI SIWIK**
1133 Avenue of the Americas                              **LLP**
New York, New York 10036-6710                            6 West Hubbard Street, Suite 500
(212) 336-2000                                           Chicago, Illinois 60654
                                                         (312) 222-6301


**SO ORDERED:** This the 28th day of March.

_____
HON. GARRETT E. BROWN, JR.
Chief United States District Judge

1249610_1